necessary to the decision of the present question, whether any other remedy, than that by appeal has been provided.

I am, therefore, of opinion that the mandamus should issue as prayed for:

JOHN BT. BOMIER *versus* THOMAS CALDWELL
March 6, 1841.

J. A. Van Dyke, attorney for plaintiff.
F. Johnson, attorney for defendant.